04-46898 - 04-46925

| In Re: | Chapter 11 |
| --- | --- |
| TRUMP INDIANA, INC., | Case No.: _____ |
| Debtor. | |
| Fed. Tax Id. No. 22-3216299 | |
| In Re: | Chapter 11 |
| THCR VENTURES, INC., | Case No.: _____ |
| Debtor. | |
| Fed. Tax Id. No. 22-3493160 | |

**FILED
JAMES J. WALDRON,
CLERK

NOV 22 2004

U.S. BANKRUPTCY COURT
CAMDEN, NJ
BY_____ DEPUTY**

## ORDER DIRECTING THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)

The relief set forth on the following pages, numbered three (3) through four (4), is hereby **ORDERED**.

Dated:   Nov 22, 2004

_____
UNITED STATES BANKRUPTCY JUDGE

LA\1257877.8

2

**Debtors: THCR/LP CORPORATION, et al.,**

**Case Nos. 04-_____(___) and 04-_____(___)**
**Caption of Order: ORDER DIRECTING THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)**

---

These bankruptcy cases were filed on November 21, 2004. This matter coming before the court on the Motion Debtors for an Order Directing Joint Administration of Debtors' Chapter 11 Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) (the "Motion")[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). After reviewing the Motion, which has been designated by counsel as requiring expedited consideration, and for good cause shown and having heard the statements of counsel in support of the relief requested therein at a hearing thereon (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding that notice of the Motion given by the Debtors was sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion and at the Hearing on the Motion establish just cause for the relief herein granted; and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases shall be, and hereby are, jointly administered in accordance with Bankruptcy Rule 1015(b).

3. The caption of the jointly administered cases shall be as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

LA\1257877.8    3

**Debtors: THCR/LP CORPORATION, et al.,**

**Case Nos. 04-_____(___) and 04-_____(___)**
**Caption of Order: ORDER DIRECTING THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)**

---

| | |
|---|---|
| In Re:<br><br>THCR/LP CORPORATION, et al.,<br><br>        Debtors. | Chapter 11<br><br>Case Nos.: _____<br>through     _____<br><br>Jointly Administered |

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

"An order has been entered in this case directing under Federal Rule of Bankruptcy Procedure 1015(b) the procedural consolidation and joint administration of the chapter 11 cases of THCR/LP Corporation and its debtor affiliates. Hereafter the docket of THCR/LP Corporation, Case No. 04-_____ (___) should be consulted on all matters affecting this case."

5. The consolidation of these chapter 11 cases is for administrative purposes only and is not a substantive consolidation of the Debtors' respective chapter 11 estates.

6. The requirement pursuant to D.N.J. LBR 9013-2 that the Debtors file a memorandum of law in support of the Motion is hereby waived.

LA\1257877.8

# CERTIFICATE OF SERVICE

```
District/off: 0312-1              User: jpeirce              Page 1 of 1               Date Rcvd: Nov 23, 2004
Case: 04-46905                    Form ID: pdf903            Total Served: 3

The following entities were served by first class mail on Nov 25, 2004.
aty         +Charles Stanziale, Jr.,   Schwartz, Tobia, Stanziale,   22 Crestmont Road,
              Montclair, NJ 07044-2902
aty         +John W. Weiss,   Latham & Watkins, LLP,   885 Third Avenue,   New York, NY 10022-4874
dbpos        THCR Management Services, LLC, a Delaware Limited,   1000 Boardwalk at Virginia Avenue,
              Atlantic City, NJ  08401

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2004**                              **Signature:** _Joseph Speetjens_